(April 30, 1937.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH CRAUTA, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

PHŒNIX INDEMNITY COMPANY, Appellant, v. NATHAN TANNENBAUM, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

LOUIS COHEN, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

SARAH BELCHIS, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of THOMAS P. ARCHBOLD, Individually and as President of FIRE LIEUTENANT ELIGIBLES ASSOCIATION OF GREATER NEW YORK, and Others, Appellants, for an Order of Mandamus against JAMES E. FINEGAN, President and Others, as Commissioners, Constituting the MUNICIPAL CIVIL SERVICE COMMISSION OF THE CITY OF NEW YORK, Defendants, Respondents, and THOMAS F. LEE, Intervenor, Respondent.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of SADIE H. BELLONI, KATE H. GRIFFITH and GEORGE McLAUGHLIN, Individually and as Testamentary Trustees, Petitioners, Respondents, for a Construction of the Last Will and Testament of KATE B. BELLONI, Deceased. AUREL LUPU, Individually and as Executor, etc., of KATHERINE HAVEMEYER LUPU, Deceased, Appellant; CORNELIUS J. SMYTH, Special Guardian for Infant CAROLINE D. BUTTS, Respondent.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

JOHN J. REDDEN, an Infant Over the Age of Fourteen Years, by ALICE REDDEN, His Guardian ad Litem, and JOHN REDDEN, Respondents, v. THE CATHOLIC CHARITIES OF ARCHDIOCESE OF NEW YORK, Appellant, Impleaded with Another.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING ZOLA, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX BECKER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK PATTELI, ANTHONY BUGLISE and CARLO SPARACINO, Appellants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.